IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

LINDA E. CORLEY, Individually and
as Administratrix of the Estate
of Rymer Lee Corley, deceased,

        Plaintiff,

v.                       //    CIVIL ACTION NO. 1:07CV114
                                    (Judge Keeley)

EASTERN ASSOCIATED COAL CORP.

        Defendant.

## ORDER RESCHEDULING SCHEDULING CONFERENCE

For reasons appearing to the Court, the scheduling conference previously set for **December 7, 2007 at 3:30 p.m.**, is **RESCHEDULED** for **December 14, 2007 at 3:00 p.m.** at the **Clarksburg, West Virginia**, point of holding court. Counsel may appear by telephone. If the scheduling conference is to be by telephone, the Court directs lead counsel for plaintiff to initiate the call to **(304)624-5850**. Counsel shall notify plaintiff's counsel no later than 10:00 a.m. on December 14, 2007 of the number where they may be reached at the time of the call.

    It is so **ORDERED**.

    The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: December 4, 2007.

                                    /s/ Irene M. Keeley
                                    IRENE M. KEELEY
                                    UNITED STATES DISTRICT JUDGE